| | |
|---|---|
| Defendant: | **Mediterranean Shipping Company (USA) Inc.** |
| Bankruptcy Case: | **Bed Bath & Beyond Inc.** |
| Preference Period: | **Jan 23, 2023 - Apr 23, 2023** |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2210401662I | 11/15/2022 | $6,422.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001989566P | 8/23/2022 | $320.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212616106I | 12/29/2022 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212616001I | 12/29/2022 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212615915I | 12/29/2022 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212604114I | 1/2/2023 | $8,998.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212603770I | 1/2/2023 | $8,836.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212603754I | 1/2/2023 | $17,672.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212564013I | 12/26/2022 | $8,998.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212629284I | 1/2/2023 | $4,250.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212563025I | 12/26/2022 | $7,733.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212629826I | 1/2/2023 | $2,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2203990648I_3 | 4/15/2022 | $4,320.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2110033957I_2 | 11/5/2021 | $2,580.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:BAL2202054748I_2 | 1/2/2022 | $300.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100002042397P | 9/9/2022 | $1,950.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100002042392P | 9/9/2022 | $2,810.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001990041P | 8/24/2022 | $7,030.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001989569P | 8/23/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001989568P | 8/23/2022 | $875.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212563026I | 12/26/2022 | $7,733.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212646312I | 1/6/2023 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001907848P | 8/7/2022 | $3,810.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:MIA2301289730I | 12/20/2022 | $8,980.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:MIA2301289728I | 12/20/2022 | $8,998.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:MIA2301289545I | 12/5/2022 | $7,733.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:MIA2301289544I | 11/29/2022 | $7,794.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2301665017I | 1/7/2023 | $10,150.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2301664806I | 1/7/2023 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2301664804I | 1/7/2023 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212624888I | 12/29/2022 | $2,675.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212646327I | 1/6/2023 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212603755I | 1/2/2023 | $43,237.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212646309I | 1/6/2023 | $11,250.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212646306I | 1/6/2023 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212646303I | 1/6/2023 | $28,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212646263I | 1/6/2023 | $5,625.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212631094I | 1/2/2023 | $2,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212630967I | 1/2/2023 | $1,725.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212630949I | 1/2/2023 | $2,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212629922I | 1/2/2023 | $2,125.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212659498I | 1/8/2023 | $1,425.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001989532P | 8/23/2022 | $1,090.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001989527P | 8/23/2022 | $690.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001958630P | 8/16/2022 | $875.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001907856P | 8/7/2022 | $2,305.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001907853P | 8/7/2022 | $1,230.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001907849P | 8/7/2022 | $2,520.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:CHS2212603843I | 1/2/2023 | $7,733.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:3/17/2023 | $302,567.00 | 3/17/2023 | PROBILL:100001989540P | 8/23/2022 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091142P | 1/9/2023 | $5,060.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002109549P | 1/9/2023 | $4,845.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002096959P | 1/9/2023 | $3,662.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091198P | 1/9/2023 | $760.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091186P | 1/9/2023 | $3,232.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091183P | 1/9/2023 | $23,135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091144P | 1/9/2023 | $4,200.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091182P | 1/9/2023 | $16,740.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002109551P | 1/9/2023 | $4,630.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091101P | 1/9/2023 | $5,060.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002109559P | 1/9/2023 | $3,770.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002109550P | 1/9/2023 | $5,167.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002121305P | 1/9/2023 | $5,705.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002121306P | 1/9/2023 | $8,438.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002162427P | 1/9/2023 | $760.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002162425P | 1/9/2023 | $1,190.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002109558P | 1/9/2023 | $4,522.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002080202P | 1/9/2023 | $2,480.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002080195P | 1/9/2023 | $1,727.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002080196P | 1/9/2023 | $1,297.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002109557P | 1/9/2023 | $4,522.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091100P | 1/9/2023 | $4,845.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002080197P | 1/9/2023 | $1,297.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002080203P | 1/9/2023 | $2,910.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091084P | 1/9/2023 | $4,415.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091085P | 1/9/2023 | $4,415.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091086P | 1/9/2023 | $4,415.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091098P | 1/9/2023 | $4,092.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091087P | 1/9/2023 | $4,415.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091088P | 1/9/2023 | $4,092.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091093P | 1/9/2023 | $4,415.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091094P | 1/9/2023 | $3,985.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091097P | 1/9/2023 | $4,307.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091096P | 1/9/2023 | $4,845.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | Wire:4/7/2023 | $167,878.50 | 4/7/2023 | PROBILL:100002091095P | 1/9/2023 | $4,522.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002142666P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121335P | 1/9/2023 | $353.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121339P | 1/9/2023 | $160.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121340P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121341P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121342P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177820P | 1/9/2023 | $345.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002142661P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177825P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002142670P | 1/9/2023 | $1,365.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177819P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121327P | 1/9/2023 | $353.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121312P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177824P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121344P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121324P | 1/9/2023 | $224.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121319P | 1/9/2023 | $1,515.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121318P | 1/9/2023 | $1,365.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121317P | 1/9/2023 | $1,515.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121316P | 1/9/2023 | $1,365.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121313P | 1/9/2023 | $252.50 |

**Transfers During Preference Period**

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121309P | 1/9/2023 | $760.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121308P | 1/9/2023 | $160.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002109552P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002096929P | 1/9/2023 | $483.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002096928P | 1/9/2023 | $483.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002091154P | 1/9/2023 | $13,192.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177856P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177826P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002121315P | 1/9/2023 | $913.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208598P | 1/9/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201339P | 1/9/2023 | $160.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208875P | 1/9/2023 | $252.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208874P | 1/9/2023 | $224.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208872P | 1/9/2023 | $1,967.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208870P | 1/9/2023 | $801.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208869P | 1/9/2023 | $1,064.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208866P | 1/9/2023 | $5,127.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246185P | 1/9/2023 | $7,084.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208599P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246187P | 1/9/2023 | $6,331.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208597P | 1/9/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208596P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208595P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208594P | 1/9/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208593P | 1/9/2023 | $270.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208592P | 1/9/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208591P | 1/9/2023 | $135.00 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177854P | 1/9/2023 | $2,268.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208861P | 1/9/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246218P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:CHS2301683136I_1 | 1/18/2023 | $8,836.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:CHS2301680163I_1 | 1/12/2023 | $5,314.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:CHS2210277634I_2 | 10/31/2022 | $10,914.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002258203P | 1/9/2023 | $135.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246233P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246230P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246227P | 1/9/2023 | $224.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246184P | 1/9/2023 | $6,030.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246219P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201338P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246216P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246211P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246209P | 1/9/2023 | $1,515.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246206P | 1/9/2023 | $224.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246201P | 1/9/2023 | $160.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246198P | 1/9/2023 | $5,428.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246194P | 1/9/2023 | $4,826.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246190P | 1/9/2023 | $4,074.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002246224P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177846P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002208590P | 1/9/2023 | $202.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177855P | 1/9/2023 | $1,064.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177853P | 1/9/2023 | $2,418.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177852P | 1/9/2023 | $2,117.50 |

## Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177851P | 1/9/2023 | $1,967.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177850P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177849P | 1/9/2023 | $1,214.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177858P | 1/9/2023 | $1,064.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177847P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177872P | 1/9/2023 | $545.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177845P | 1/9/2023 | $1,967.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177844P | 1/9/2023 | $763.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177843P | 1/9/2023 | $2,418.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177842P | 1/9/2023 | $437.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177841P | 1/9/2023 | $345.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177840P | 1/9/2023 | $252.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177839P | 1/9/2023 | $760.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177833P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177848P | 1/9/2023 | $2,117.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201302P | 1/9/2023 | $2,719.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201337P | 1/9/2023 | $763.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201336P | 1/9/2023 | $224.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201334P | 1/9/2023 | $612.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201324P | 1/9/2023 | $224.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201322P | 1/9/2023 | $913.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201318P | 1/9/2023 | $94.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201309P | 1/9/2023 | $67.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177857P | 1/9/2023 | $3,020.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201303P | 1/9/2023 | $3,171.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177827P | 1/9/2023 | $612.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201300P | 1/9/2023 | $913.50 |

Transfers During Preference Period

| Debtor Transferor(s) | Debtor(s) Incurring Antecedent Debt | Transfer Number | Transfer Amount | Clear Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|---|
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201299P | 1/9/2023 | $1,816.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201298P | 1/9/2023 | $3,773.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201297P | 1/9/2023 | $1,942.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201292P | 1/9/2023 | $1,082.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177875P | 1/9/2023 | $545.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177874P | 1/9/2023 | $545.00 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002177873P | 1/9/2023 | $437.50 |
| Bed Bath & Beyond Inc. | Bed Bath & Beyond Inc. | ACH:4/20/2023 | $156,839.50 | 4/20/2023 | PROBILL:100002201306P | 1/9/2023 | $345.00 |

**Totals:** 3 transfer(s), $627,285.00