| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY** | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Marianna Udem<br>Brigette McGrath<br>ASK LLP<br>60 East 42nd Street, 46th Floor<br>New York, NY 10165<br>Telephone: (212) 267-7342<br>Facsimile: (212) 918-3427<br>mudem@askllp.com<br>bmcgrath@askllp.com<br><br>*Special Counsel to the Plan Administrator* | |
| In re:<br><br>BED BATH & BEYOND, INC., *et al.*,<br><br>                    Debtor. | Chapter 11<br><br>Case No. 23-13359 (VFP)<br><br>(Jointly Administered) |
| Michael Goldberg, as Plan Administrator for 20230930-DK-Butterfly-1, Inc. (f/k/a/ Bed Bath & Beyond Inc.),<br>                    Plaintiff,<br><br>v.<br><br>Mediterranean Shipping Company (USA) Inc.,<br>                    Defendant. | Adv. No. 25-01069-VFP |

**CERTIFICATE OF SERVICE**

I, Jean Esslinger, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this *Notice of Dismissal of Adversary Proceeding* was made on February 13, 2025, via

3

| X | Electronic mail, addressed to: |
|---|---|

<u>Counsel for Defendant</u>
Daniel N. Brogan, Esq.
BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
Email: DBrogan@beneschlaw.com

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: February 13, 2025            /s/ *Jean Esslinger*
　　　　　　　　　　　　　　　　　　　Jean Esslinger
　　　　　　　　　　　　　　　　　　　ASK LLP
　　　　　　　　　　　　　　　　　　　2600 Eagan Woods Drive, Suite 400
　　　　　　　　　　　　　　　　　　　Saint Paul, MN 55121